

JAN-14-08

US MAGISTRATE
      SUSAN PARADISE BAXTER

My Name is Malcolm Hussian Toran,
                              i AM AT Allenwood Federal Prison in
Whitedeen PA. I have A 2255 Motion in Court. and i wanted to Add the
New CRACK law in my Motion. i wrote the Public Defender office in Erie. and
they said i can not retain a lawyer... they told me i Must Contact
you in order to get a lawyer. Judge i do not have anymoney. i do not
own anything. Plus i do not have nobody out there Anymore. Could you
please help me Retain A lawyer.?

                    Thank you.

                              Sincerely,
                                   Malcolm H. Toran

P.s Could i have your speedy Reploy.

**FILED**
FEB 27 2008
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA