# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

United States of America
v.
Malcolm H. Toran

Case No: CR 99-07 Erie
USM No: 10749-068

Date of Original Judgment: 10/25/2000
Date of Previous Amended Judgment: 06/14/2012
*(Use Date of Last Amended Judgment if Any)*

Michael J. Novara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __218__ months **is reduced to** __210 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/14/2012__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7/6/15

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Maurice B. Cohill, Jr., Senior U.S. District Judge
*Printed name and title*